THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Angelia Turner Hensley, Appellant.
 
 
 

Appeal From Spartanburg County
Paul M. Burch, Circuit Court Judge
Unpublished Opinion No. 2007-UP-516
Submitted October 1, 2007  Filed November
 9, 2007
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor D. Cleary, South Carolina Commission,
 of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, of Columbia; and Solicitor Harold W. Gowdy,
 III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Appellant
 pled guilty to two counts of trafficking more than 28 grams of methamphetamine and
 possession of morphine and was sentenced to twelve and one half years for each
 trafficking methamphetamine charges and one year for possession of morphine, to
 be served concurrently.  Pursuant to Anders v. California, 386 U.S. 738
 (1967), appellants counsel attached a petition to be relieved.  Appellant
 filed a pro se response.
After review of the
 record pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams,  305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss this appeal
 and grant counsels petition to be relieved.[1]
APPEAL
 DISMISSED.   
Hearn, CJ.,
 Huff, and Kittredge , JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.